# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> SCHNEIDER PUBLISHING COMPANY, INC. and JOHN DOES 1-10, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:16-cv-01833<br>)<br>)  **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff in this action, Gorss Motels Inc., by and through its undersigned counsel, hereby dismisses this action with prejudice as to Gorss Motels, Inc. only, without prejudice as to the members of the putative class.

Respectfully submitted,

s/ Brian J. Wanca
Brian J. Wanca  ct19532
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500 / Facsimile:  847-368-1501
bwanca@andersonwanca.com

and:

Aytan Y. Bellin ct28454
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY  10606
Phone: 914-358-5345 / Fax: 212-571-0284
Aytan.Bellin@bellinlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      s/  Brian J. Wanca